[No. 2737–3. Division Three. July 27, 1979.]

FARMERS & MERCHANTS BANK OF ROCKFORD, *Appellant,*
v. DR. JEKYLL'S & MR. HYDE'S No. 2,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 219247, Donald N. Olson, J., entered December 27, 1977. *Affirmed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 6505–1. Division One. July 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE YEARWOOD, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84471, Frank D. Howard, J., entered April 21, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Andersen, JJ.

[No. 5907–1. Division One. July 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY ROSS OWENS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78279, Oluf Johnsen, J. Pro Tem., entered June 29, 1978. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams and Ringold, JJ.

[No. 6574–1. Division One. July 30, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM J. EARP, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 8818, Dennis J. Britt, J., entered May 16, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson, A.C.J., and James, J.